NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QFO LABS, INC.,**
*Appellant*

**v.**

**PARROT S.A., PARROT DRONES S.A.S., PARROT, INC.,**
*Appellees*

---

2018-1663, 2018-1664

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01550, IPR2016-01559.

---

## JUDGMENT

---

BRAD PEDERSEN, Patterson Thuente Pedersen, PA, Minneapolis, MN, argued for appellant. Also represented by PHILLIP A. COLE, Lommen Abdo, Minneapolis, MN; CHAZ DE LA GARZA, Law Offices of Chaz De La Garza, Minneapolis, MN; CHARLES A. LEMAIRE, Lemaire Patent Law Firm PLLC, Burnsville, MN.

MATTHEW A. TRAUPMAN, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for appellees. Also

represented by JAMES M. GLASS; ARCHITH RAMKUMAR, Washington, DC.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 3, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court